**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

    No.      16-cv-0671 RB/SMV
               12-cr-2653 RB

**GILBERT CONTRERAS,**

    **Defendant.**

## ORDER DENYING THE UNITED STATES' MOTION TO STAY AND DIRECTING THE UNITED STATES TO RESPOND

THIS MATTER is before the Court Defendant's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 [CV Doc. 1; CR Doc. 34], filed June 24, 2016, and on the United States' Motion for Stay of Proceedings Pending the Supreme Court's Decision in *United States v. Beckles* [CV Doc. 3; CR Doc. 37], filed July 7, 2016.  The Court will deny the United States' Motion to Stay and order it to respond to Defendant's Motion.

Defendant moves to vacate his sentence under § 2255.  He asserts that he was sentenced under the residual clause of U.S.S.G. § 4B1.2.  He urges the Court to extend the logic of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to the residual clause of the § 4B1.2 and, thereby, find that he should be resentenced.  [CV Doc. 1; CR Doc. 34].

The government has not responded to § 2255 Motion.  Instead, it moves to stay the proceedings pending the Supreme Court's decision in *Beckles*, which would control the outcome of this case.  [CV Doc. 3; CR Doc. 37].  Defendant opposes a stay because *Beckles* may not be decided before his current release date of October 6, 2018.  Moreover, Defendant argues that if he

is resentenced, he likely would be eligible for immediate release. [CV Doc. 4] at 2; [CR Doc. 38] at 2. The government filed no reply to its Motion to Stay; it does not dispute that a stay would prejudice Defendant.

Under rule 4(b) of the Rules Governing Section 2255 Cases, and because a stay is not appropriate, the Court will direct the United States to respond to Defendant's Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Motion for Stay of Proceedings Pending the Supreme Court's Decision in *United States v. Beckles* [CV Doc. 3; CR Doc. 37] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that the United States respond to Defendant's § 2255 motion **no later than October 11, 2016**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**